UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK HEINECKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C15-1835-TSZ-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a de novo hearing and a new decision in regard to plaintiff's application(s) for benefits under Social Security Act. No specific aspect of the Commissioner's final decision is affirmed. On remand, the ALJ shall evaluate the medical opinion evidence, including the opinion of Molly Donovan, LMHC; reassess plaintiff's residual functional

1  capacity, as necessary; re-evaluate plaintiff's past relevant work; and re-evaluate whether he
2  retains the residual functional capacity to perform his past relevant work or other work in the
3  national economy.

4  Upon proper application, the Court will consider whether reasonable attorney's fees and
5  costs should be awarded pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

6  Because the parties have stipulated that the case be remanded as set forth above, the
7  Court recommends that United States District Judge Thomas S. Zilly immediately approve this
8  Report and Recommendation.  The Clerk should note the matter for **May 2, 2016** as ready for
9  Judge Zilly's consideration.  A proposed order accompanies this Report and Recommendation.

10  DATED this 2nd day of May, 2016.

/s/ James P. Donohue

JAMES P. DONOHUE
Chief United States Magistrate Judge