UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK HEINECKE,<br><br>      Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. C15-1835-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed the parties' stipulated motion for remand, docket no. 15, and the Report and Recommendation of the Honorable James P. Donohue, docket no. 16, does hereby find and ORDER:

(1) The Court adopts and approves the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the stipulation of the parties and the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 12th day of May, 2016.

                                                                                                                                             */s/ Thomas S. Zilly*
                                                                                                                                              Thomas S. Zilly
                                                                                                                                              United States District Judge