UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK HEINECKE,

         Plaintiff,

   v.

ANDREW SAUL, Commissioner of Social Security,[1]

         Defendant.

C15-1835 TSZ

ORDER

Plaintiff's unopposed motion, docket no. 22, is GRANTED, and pursuant to 42 U.S.C. § 406(b), plaintiff's counsel, Victoria B. Chhagan, is AWARDED attorney's fees as follows. Of the $15,754.00 withheld by the Social Security Administration, $8,600.00 shall be paid to plaintiff's counsel, Victoria B. Chhagan, of Douglas, Drachler, McKee and Gilbrough at 1904 Third Avenue, Suite 1030, Seattle, WA 98101.[2] The balance of

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, Commissioner of Social Security, is SUBSTITUTED for Carolyn W. Colvin, former Acting Commissioner, who had been succeeded by Nancy Berryhill after this matter was remanded in May 2016 to the Social Security Administration for further administrative proceedings.

[2] Plaintiff's counsel was previously awarded $3,096.37 in attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. *See* Order (docket no. 21). The Social Security Administration indicated by letter date-stamped March 14, 2019, that it has paid plaintiff's counsel $5,907.00 ($6,000.00 minus $93.00 user fee). Ex. B to Chhagan Decl. (docket no. 22-6). The balance of the 25% of past-due benefits withheld by the Social Security Administration for direct payment of attorney's fees is therefore $9,754.00 ($15,754.00 minus $6,000.00), but plaintiff's counsel seeks only $8,600.00 of this amount.

ORDER - 1

the withheld past-due benefits ($7,154.00 minus any applicable fees) shall be released to plaintiff, Erik Heinecke.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 8th day of July, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 2